**Order entered October 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00660-CV**

**IN RE THE COMMITMENT OF CHRISTOPHER ANDRE ELDER**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV1970008**

**ORDER**

Before the Court is the October 18, 2021 request of Sasha Brooks, Official Court Reporter for the 291st Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **November 1, 2021**.

/s/    KEN MOLBERG
        JUSTICE